UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEJAL NIKUNKUMAR PATEL,<br><br>                    Petitioner,<br><br>     v.<br><br>WILLIAM P. BARR, et al.,<br><br>                    Respondents. | Case No. C20-408-RAJ-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The Government's motion to dismiss (dkt. # 8) is GRANTED.

ORDER OF DISMISSAL - 1

(3)     The stay of removal (dkt. # 7) is VACATED.

(4)     Petitioner's habeas petition DISMISSED without prejudice.

(5)     The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 13th day of August, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2